CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN JACKSON, JR., | ) | Civil Action No. 7:15-cv-00637 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SOUTHERN HEALTH | ) | |
| PARTNERS, INC., et al., | ) | By:  Hon. Michael F. Urbanski |
|     Defendants. | ) |       United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to voluntarily dismiss without prejudice is **GRANTED**; any pending motion is **DENIED as moot**; and the action is **DISMISSED without prejudice** and **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 29 day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge